IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MEL M. MARIN, | ) |
| Plaintiff, | ) 2:16-cv-00536 |
| v. | ) Judge Mark R. Hornak |
| PITTSBURGH TRIBUNE-REVIEW, | ) |
| Defendant. | ) |

## ORDER

In his Motion to Proceed *In Forma Pauperis* and annexed Complaint and Civil Cover Sheet, Plaintiff asserts that he is not a citizen of Pennsylvania, as a result of being domiciled elsewhere. He uses an address in Parma, Ohio. In civil action 14-cv-0049 (Erie), Plaintiff (using the name Mel Marinkovic) filed a notice on September 29, 2014 that he then resided in Halethorpe, ECF No. 23, and then on May 29, 2015, he filed a notice of a change of address, listing Hermitage, Pennsylvania as his address. ECF No. 24. Then, in the Complaint in this case, ECF No. 1 he makes a factual recitation regarding his candidacy for County Commissioner in Armstrong County, Pennsylvania, which would require that he be a resident of that County.

The Complaint proffered in this case asserts jurisdiction based on diversity of citizenship pursuant to 28 § U.S.C. 1332(a). The Defendant is a citizen of Pennsylvania. Plaintiff's state of citizenship matters in this case. Based on his various filings, the Court has no confidence that it can ascertain that citizenship. Therefore, the Plaintiff shall file upon the docket, on or before May 24, 2016, a verified declaration or affidavit setting forth his legal name, the state of his citizenship as of each of March 24, 2016, April 28, 2016 and as of the date of the declaration so

filed, and setting forth therein each and every fact that Plaintiff relies to support his asserted state(s) of citizenship as of each such date. Should Plaintiff fail to do so, this action may be dismissed without further notice.

Further, in that it appears from an examination of the docket that the claims purportedly asserted herein are identical to those asserted in civil action 16-cv-346, that civil action shall remain closed, and any and all proceedings shall be at docket number 16-cv-536 only.

_____
Mark R. Hornak
United States District Judge

Dated: May 3, 2016

cc: Mel M. Marin, via United States Mail